Submitted April 29, affirmed June 2, petition for review denied October 6, 2022
(370 Or 303)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JASON ROBERT HATCH,
*Defendant-Appellant.*

Jefferson County Circuit Court
20CR10769; A174748

511 P3d 1135

Annette C. Hillman, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Shawn Wiley, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. Phaneuf*, 219 Or App 640, 184 P3d 1136 (2008).